UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Diana Mena,

                     Debtor

Order Filed on July 12, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| Case No.: | 18-20482-SLM |
| Judge: | Vincent F. Papalia |
| Chapter: | 13 |

## ORDER EXCUSING DEBTOR'S FAILURE TO COMPLY WITH 11 U.S.C. § 109(h)

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: July 12, 2018**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Page 2 of 2

| | |
|---|---|
| **Debtor:** | **Diana Mena** |
| **Case No.:** | 18-20482 (SLM) |
| **Caption of Order:** | Order Excusing Debtor's Failure to Comply with 11 U.S.C. § 109(h) |

**WHEREAS** the Court issued an Order to Show Cause why the case should not be dismissed due to the debtor's failure to file a Certificate of Credit Counseling with the petition and receive credit counseling during the 180-day period ending on the date of the filing of the petition in accordance with 11 U.S.C. § 109(h); and the debtor's counsel, Benjamin Ginter, Esq., having appeared on behalf of the debtor before the Court on July 11, 2018 in accordance with the Court's Order to Show Cause; and the Court having heard oral exigent circumstances that merit an excusal;[*] and for good cause shown; it is hereby

**ORDERED** that the debtor's failure to comply with 11 U.S.C. § 109(h) is excused.

[*]; and the Debtor having filed a Certificate of Credit Counselling indicating that Debtor took the Credit Counselling course on May 25, 2018, shortly after filing her petition: