| UNITED STATES BANKRUPTCY COURT |
| DISTRICT OF NEW JERSEY |

In Re:

Diana Mena,

Debtor

Order Filed on July 12, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 18-20482-SLM

Judge: Vincent F. Papalia

Chapter: 13

# ORDER EXCUSING DEBTOR'S FAILURE TO COMPLY WITH 11 U.S.C. § 109(h)

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: July 12, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

**Debtor:** Diana Mena
**Case No.:** 18-20482 (SLM)
**Caption of Order:** Order Excusing Debtor's Failure to Comply with 11 U.S.C. § 109(h)

**WHEREAS** the Court issued an Order to Show Cause why the case should not be dismissed due to the debtor's failure to file a Certificate of Credit Counseling with the petition and receive credit counseling during the 180-day period ending on the date of the filing of the petition in accordance with 11 U.S.C. § 109(h); and the debtor's counsel, Benjamin Ginter, Esq., having appeared on behalf of the debtor before the Court on July 11, 2018 in accordance with the Court's Order to Show Cause; and the Court having heard oral exigent circumstances that merit an excusal;*  and for good cause shown; it is hereby

**ORDERED** that the debtor's failure to comply with 11 U.S.C. § 109(h) is excused.


*; and the Debtor having filed a Certificate of Credit Counselling indicating that Debtor took the Credit Counselling course on May 25, 2018, shortly after filing her petition:

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 18-20482-SLM
Diana Mena                                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Jul 13, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 15, 2018.
db             Diana Mena,    820 Palisade Ave,    Union City, NJ   07087-4120

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2018                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 13, 2018 at the address(es) listed below:
              Benjamin Jamie Ginter    on behalf of Debtor Diana  Mena gintr316@aol.com
              Kevin Gordon McDonald    on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4