

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg MAG-1284**
**Chapter 13 Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**

**Order Filed on July 16, 2018 by**
**Clerk, U.S. Bankruptcy Court -**
**District of New Jersey**

IN RE:

　DIANA MENA

**Case No.:  18-20482SLM**

**Hearing Date:  7/11/2018**

**Judge:  STACEY L. MEISEL**

## INTERIM ORDER ON CONFIRMATION HEARING

The relief set forth on the following pages, numbered two (2)  is hereby ORDERED.

**DATED: July 16, 2018**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Case No.:  18-20482SLM

Caption of Order:      INTERIM ORDER ON CONFIRMATION HEARING

THIS MATTER having been scheduled before the Court on 07/11/2018 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor must pay $115.00 within 7 days or the case will be dismissed upon certification of the Standing Trustee with 14 days notice to debtor(s) and debtor's attorney; and it is further

- ORDERED, that if satisfied, the Confirmation Hearing will be adjourned to 8/22/2018 at 9:00 a.m..