UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Benjamin J. Ginter, Esq
34 Forest Ave
Cranford, NJ 07016
T: 908-272-6565
F: 484-214-0310
Attorney for Debtor

In Re:
Diana Mena

Case No.: 18-20482
Judge: SLM
Chapter: 13

## APPLICATION FOR RETENTION OF PROFESSIONAL

1. The applicant, _____Diana Mena_____, is the (check all that apply):

   ☐ Trustee:    ☐ Chap. 7    ☐ Chap. 11    ☐ Chap. 13.

   ☒ Debtor:     ☐ Chap. 11   ☒ Chap. 13

   ☐ Official Committee of _____

2. The applicant seeks to retain the following professional __Morris Young__ to serve as (check all that apply):

   ☐ Attorney for:    ☐ Trustee    ☐ Debtor-in-Possession

   ☐ Official Committee of _____

   ☐ Accountant for:  ☐ Trustee    ☐ Debtor-in-possession

   ☐ Official Committee of _____

☒ Other Professional:

    ☒ Realtor      ☐ Appraiser      ☐ Special Counsel

    ☐ Auctioneer      ☐ Other (specify): _____

3. The employment of the professional is necessary because:
Monis Young is a realtor on this transaction

4. The professional has been selected because:
Experience as a real estate agent

5. The professional services to be rendered are as follows:
Helping to draft the contract, coordinate the inspections, closing, obtain certificate

6. The proposed arrangement for compensation is as follows:
3% of the contract privde

7. To the best of the applicant's knowledge, the professional's connection with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

☒ None

☐ Describe connection: _____

2

8. To the best of the applicant's knowledge, the professional (check all that apply):

   ☒ does not hold an adverse interest to the estate.

   ☒ does not represent an adverse interest to the estate.

   ☒ is a disinterested person under 11 U.S.C. § 101(14).

   ☒ does not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which he/she will be retained under 11 U.S.C. § 327(e).

   ☐ Other; explain: _____
   _____
   _____

9. If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows: _____
   _____
   _____

The applicant respectfully requests authorization to employ the professional to render services in accordance with this application, with compensation to be paid as an administrative expense in such amounts as the Court may determine and allow.

Date: 8-13-2018                    _____
                                    Signature of Applicant

rev.8/1/15

3

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(B)
Benjamin J. Ginter Esq
34 Forest Ave
Cranford, NJ 07016
T: 908-272-6565
F: 484-214-0310
Attorney for Debtor

In Re:
Diana Mena

Case No.: 18-20482
Judge: SLM
Chapter: 13

## CERTIFICATION OF PROFESSIONAL IN SUPPORT OF APPLICATION FOR RETENTION OF PROFESSIONAL

I, Monis Young, being of full age, certify as follows:

1. I am seeking authorization to be retained as Buyers agent.

2. My professional credentials include: N.J. Real Estate License

3. I am a member of or associated with the firm of: Exclusive Property Realty 24-19 Fair Lawn Ave Fair Lawn, NJ 07416

4. The proposed arrangement for compensation, including hourly rates, if applicable, is as follows 2% of purchase price  375,000 x 2% = 7,500

☐ Pursuant to D.N.J. LBR 2014-3, I request a waiver of the requirements of D.N.J. LBR 2016-1.

5. To the best of my knowledge, after reasonable and diligent investigation, my connection with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

b. The proposed method of calculation of my compensation, including rates and formulas, is: _2% of 375,000_

Pursuant to D.N.J. 2014-2, I ☐ do  or  ☐ do not request a waiver of the requirements of D. N. J. LBR 2016-1.

c. The following is an estimate of all costs and expenses, including labor, security, advertising, delivery, mailing, and insurance, for which I will seek reimbursement from the sale proceeds: _____

d. Have you, or a principal of your firm, been convicted of a criminal offense?
☒ No        ☐ Yes (explain below)

e. I certify that a surety bond as described in D. N. J. LBR 2014-2(a)(6) is in effect and will remain so through the date of turnover of the auction proceeds.

9. If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows: _820 Palisade Ave  Union City, NJ 07087_

I certify under penalty of perjury that the above information is true.

Date: _8-18-2018_                              _[signature]_
                                               Signature of Professional

rev.8/1/15

3

☒ None

☐ Describe connection: _____
_____
_____

6. To the best of my knowledge, after reasonable and diligent investigation, the connection of my firm, its members, shareholders, partners, associates, officers and/or employees with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

☒ None

☐ Describe Connection: _____
_____
_____

7. To the best of my knowledge, my firm, its members, shareholders, partners, associates, officers and/or employees and I (check all that apply):

☒ do not hold an adverse interest to the estate.

☒ do not represent an adverse interest to the estate.

☒ are disinterested under 11 U.S.C. § 101(14).

☒ do not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which I will be retained under 11 U.S.C. § 327(e).

☐ Other. Explain: _____
_____
_____

8. If the professional is an auctioneer,

The following are my qualifications and experience with the liquidation or sale of similar property: _Not auctioneer_____
_____
_____

2