UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Benjamin J. Ginter, Esq
34 Forest Ave
Cranford, NJ 07016
T: 908-272-6565
F: 484-214-0310
Attorney for Debtor

Order Filed on September 4, 2018 by Clerk, U.S. Bankruptcy Court - District of New Jersey

In Re:
Diana Mena

Case No.: 18-20482
Chapter: 13
Judge: SLM

## ORDER AUTHORIZING RETENTION OF

Monis Young

The relief set forth on the following page is **ORDERED**.

DATED: September 4, 2018

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain _____Monis Young_____ as _____realtor_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is: 24-19 Fair Lawn Ave, Fair Lawn, NJ 07410

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*