UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

Caption in Compliance with D.N.J. LBR 9004-1(b)

Benjamin J. Ginter, Esq
34 Forest Ave
Cranford, NJ 07016
T: 908-272-6565
F: 484-214-0310
Attorney for Debtor

**Order Filed on September 4,
2018 by Clerk, U.S. Bankruptcy
Court - District of New Jersey**

In Re:

Diana Mena

| | |
|---|---|
| Case No.: | 18-20482 |
| Chapter: | 13 |
| Judge: | SLM |

## ORDER AUTHORIZING RETENTION OF

Monis Young

The relief set forth on the following page is **ORDERED**.

**DATED: September 4, 2018**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain _____ Monis Young _____

as _____ realtor _____, it is hereby ORDERED:

1.   The applicant is authorized to retain the above party in the professional capacity noted.

     The professional's address is:   24-19 Fair Lawn Ave,

                                      Fair Lawn, NJ 07410

                                      _____

2.   Compensation will be paid in such amounts as may be allowed by the Court on proper
     application(s).

3.   If the professional requested a waiver as noted below, it is ☐ Granted   ☐ Denied.

     ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

     ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter
     13 case. Payment to the professional may only be made after satisfactory completion of
     services.

4.   The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-20482-SLM
Diana Mena                                                                Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1           Date Rcvd: Sep 05, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 07, 2018.
db            Diana Mena,     820 Palisade Ave,    Union City, NJ   07087-4120

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2018                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 5, 2018 at the address(es) listed below:
          Alexandra T. Garcia    on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited
           Liability Company NJECFMAIL@mwc-law.com,   nj-ecfmail@ecf.courtdrive.com
          Benjamin Jamie Ginter    on behalf of Debtor Diana  Mena gintr316@aol.com
          Charles H. Jeanfreau    on behalf of Creditor   CarePoint Health - Physican GSHA
           Charlesj@w-legal.com,   BNCmail@w-legal.com
          Denise E. Carlon    on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited
           Liability Company dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Kevin Gordon McDonald    on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited
           Liability Company kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Melissa S DiCerbo    on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited
           Liability Company nj-ecfmail@mwc-law.com,   nj-ecfmail@ecf.courtdrive.com
          Nicholas V. Rogers    on behalf of Creditor   CITIMORTGAGE, INC. nj.bkecf@fedphe.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                              TOTAL: 9