Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−20482−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Diana Mena
   820 Palisade Ave
   Union City, NJ 07087−4120

Social Security No.:
   xxx−xx−6508

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 6/5/18 and a confirmation hearing on such Plan has been scheduled for 10/24/18.

The debtor filed a Modified Plan on 10/24/18 and a confirmation hearing on the Modified Plan is scheduled for 11/28/18. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: October 29, 2018
JAN: lc

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 18-20482-SLM
Diana Mena                                                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2              User: admin                    Page 1 of 2                    Date Rcvd: Oct 29, 2018
                                  Form ID: 186                   Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 31, 2018.
db              Diana Mena,    820 Palisade Ave,    Union City, NJ   07087-4120
cr             +CITIMORTGAGE, INC.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
                 Mt. Laurel, NJ 08054-3437
r              +Marcy Reiz,    24-19 Fair Lawn Ave,    Fair Lawn, NJ 07410-3429
r              +Monis Young,    24-19 Fair Lawn Ave,    Fair Lawn, NJ 07410-3429
517549143      +Citi Mortgage,    Po Box 9438,    Gaithersburg, MD 20898-9438
517621751       Citimortgage, Inc.,    P O Box 6030,    Sioux Falls, SD 57117-6030
517549144      +Phelan Hallinan & Schmieg,    400 Fellowship Road, Suite 100,    Mt Laurel, NJ 08054-3437
517672797       eCAST Settlement Corporation,    PO Box 29262,    New York NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 30 2018 00:16:15     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 30 2018 00:16:11      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/Text: bncmail@w-legal.com Oct 30 2018 00:16:24     CarePoint Health - Physican GSHA,
                 c/o Weinstein & Riley, P.S.,    2001 Western Avenue, Suite 400,    Seattle, WA 98121-3132
517679087      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Oct 30 2018 00:16:39
                 Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd., 5th Floor,
                 Coral Gables, FL 33146-1837
517681498      +E-mail/Text: bncmail@w-legal.com Oct 30 2018 00:16:24     CarePoint Health - Physican GSHA,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
517651440       E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 30 2018 00:16:31     Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
517664170       E-mail/PDF: resurgentbknotifications@resurgent.com Oct 30 2018 00:18:17
                 LVNV Funding LLC C/O Resurgent Capital Services,     P.O. Box 10675,   Greenville, SC 29603-0675
517651522      +E-mail/Text: bankruptcydpt@mcmcg.com Oct 30 2018 00:16:10     Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
517680456       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 30 2018 00:18:13
                 Portfolio Recovery Associates, LLC,    C/O Capital One Bank (usa), N.a.,    POB 41067,
                 Norfolk VA 23541
517552524      +E-mail/PDF: gecsedi@recoverycorp.com Oct 30 2018 00:18:31     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 10

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2018                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 29, 2018 at the address(es) listed below:
              Alexandra T. Garcia    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
              Benjamin Jamie Ginter    on behalf of Debtor Diana  Mena gintr316@aol.com
              Charles H. Jeanfreau    on behalf of Creditor    CarePoint Health - Physican GSHA
               Charlesj@w-legal.com, BNCmail@w-legal.com
              Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Oct 29, 2018
                              Form ID: 186             Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Melissa S DiCerbo    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited Liability Company nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
        Nicholas V. Rogers    on behalf of Creditor    CITIMORTGAGE, INC. nj.bkecf@fedphe.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                    TOTAL: 9