UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Benjamin J. Ginter, Esq
34 Forest Ave
Cranford, NJ 07016
T: 908-272-6565
F: 484-214-0310
Attorney for Debtor

**Order Filed on December 27, 2018 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

In Re:

DIANA MENA

Case No.: 18-20482

Chapter: 13

Hearing Date:

Judge: SLM

INTERIM ORDER AUTHORIZING SALE OF PROPERTY FREE AND CLEAR OF JUDGMENT LIENS, APPOINTING PROFESSIONALS, ALLOWING LEGAL FEES AND BROKERS' COMMISSION

DATED: December 27, 2018

The relief set forth on the following pages is ORDERED.

Honorable Stacey L. Meisel
United States Bankruptcy Judge

THIS MATTER came to the attention of the Court upon the Motion of the Debtor for an Order Authorizing the Sale of certain Real Property Free and Clear of Judgment Liens, Appointing Professional, and Allowing Legal Fees and Broker's Commission

It is ORDERED as follows:

1.   The first lien holder, Citi Mortgage, shall have until December 19, 2018, to review the Debtors' application for short sale approval. Debtor must provide Secured Creditor with all necessary documentation to allow for a timely decision upon the Court's entry of the within order.

Dated:

_____
J.S.C.