UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Benjamin J. Ginter, Esq
34 Forest Ave
Cranford, NJ 07016
T: 908-272-6565
F: 484-214-0310
Attorney for Debtor

**Order Filed on December 27, 2018 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

In Re:

DIANA MENA

Case No.: 18-20482

Chapter: 13

Hearing Date:

Judge: SLM

INTERIM ORDER AUTHORIZING SALE OF PROPERTY FREE AND CLEAR OF JUDGMENT LIENS, APPOINTING PROFESSIONALS, ALLOWING LEGAL FEES AND BROKERS COMMISSION

DATED: December 27, 2018

The relief set forth on the following page is ORDERED.

/s/ Stacey L. Meisel
Honorable Stacey L. Meisel
United States Bankruptcy Judge

THIS MATTER came to the attention of the Court upon the Motion of the Debtor for an Order Authorizing the Sale of certain Real Property Free and Clear of Judgment Liens, Appointing Professional, and Allowing Legal Fees and Broker's Commission

It is ORDERED as follows:

1.  The first lien holder, Citi Mortgage, shall have until December 19, 2018, to review the Debtors' application for short sale approval. Debtor must provide Secured Creditor with all necessary documentation to allow for a timely decision upon the Court's entry of the within order.

Dated:

_____
J.S.C.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-20482-SLM
Diana Mena                                                              Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin              Page 1 of 1          Date Rcvd: Dec 27, 2018
                            Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2018.
db            Diana Mena,    820 Palisade Ave,    Union City, NJ 07087-4120

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2018                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 27, 2018 at the address(es) listed below:
    Alexandra T. Garcia   on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited Liability Company NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
    Benjamin Jamie Ginter    on behalf of Debtor Diana  Mena gintr316@aol.com
    Charles H. Jeanfreau    on behalf of Creditor    CarePoint Health - Physican GSHA Charlesj@w-legal.com, BNCmail@w-legal.com
    Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited Liability Company dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
    Kevin Gordon McDonald    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited Liability Company kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
    Marie-Ann Greenberg    magecf@magtrustee.com
    Melissa S DiCerbo    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited Liability Company nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
    Nicholas V. Rogers    on behalf of Creditor    CITIMORTGAGE, INC. nj.bkecf@fedphe.com
    U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                         TOTAL: 9