Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−20482−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Diana Mena
   820 Palisade Ave
   Union City, NJ 07087−4120

Social Security No.:
   xxx−xx−6508

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 4/18/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: April 18, 2019
JAN: rah

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Diana Mena  
    Debtor

Case No. 18-20482-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2     Date Rcvd: Apr 18, 2019  
                      Form ID: 148     Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2019.
```
db               Diana Mena,    820 Palisade Ave,    Union City, NJ   07087-4120
cr              +CITIMORTGAGE, INC.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
                  Mt. Laurel, NJ 08054-3437
r               +Marcy Reiz,    24-19 Fair Lawn Ave,    Fair Lawn, NJ 07410-3429
r               +Monis Young,    24-19 Fair Lawn Ave,    Fair Lawn, NJ 07410-3429
517621751        Citimortgage, Inc.,    P O Box 6030,    Sioux Falls, SD 57117-6030
517549144       +Phelan Hallinan & Schmieg,    400 Fellowship Road, Suite 100,    Mt Laurel, NJ 08054-3437
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Apr 19 2019 00:40:37     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 19 2019 00:40:33     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
cr              +E-mail/Text: bncmail@w-legal.com Apr 19 2019 00:40:48     CarePoint Health - Physcan GSHA,
                  c/o Weinstein & Riley, P.S.,    2001 Western Avenue, Suite 400,    Seattle, WA 98121-3132
517679087       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Apr 19 2019 00:41:09
                  Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd., 5th Floor,
                  Coral Gables, FL 33146-1837
517681498       +E-mail/Text: bncmail@w-legal.com Apr 19 2019 00:40:48     CarePoint Health - Physcan GSHA,
                  C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
517549143       +EDI: CIAC.COM Apr 19 2019 04:08:00      Citi Mortgage,    Po Box 9438,
                  Gaithersburg, MD 20898-9438
517651440        EDI: JEFFERSONCAP.COM Apr 19 2019 04:08:00      Jefferson Capital Systems LLC,    Po Box 7999,
                  Saint Cloud Mn 56302-9617
517664170        EDI: RESURGENT.COM Apr 19 2019 04:08:00      LVNV Funding LLC C/O Resurgent Capital Services,
                  P.O. Box 10675,    Greenville, SC 29603-0675
517651522       +EDI: MID8.COM Apr 19 2019 04:08:00      Midland Funding LLC,    PO Box 2011,
                  Warren, MI 48090-2011
517680456        EDI: PRA.COM Apr 19 2019 04:08:00      Portfolio Recovery Associates, LLC,
                  C/O Capital One Bank (usa), N.a.,    POB 41067,    Norfolk VA 23541
517552524       +EDI: RMSC.COM Apr 19 2019 04:08:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                  PO Box 41021,    Norfolk, VA 23541-1021
517672797        EDI: ECAST.COM Apr 19 2019 04:08:00      eCAST Settlement Corporation,    PO Box 29262,
                  New York NY 10087-9262
                                                                                              TOTAL: 12
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2019                                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2019 at the address(es) listed below:
```
              Alexandra T. Garcia    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
              Benjamin Jamie Ginter    on behalf of Debtor Diana  Mena gintr316@aol.com
              Charles H. Jeanfreau    on behalf of Creditor    CarePoint Health - Physican GSHA
               Charlesj@w-legal.com, BNCmail@w-legal.com
              Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
```

```
District/off: 0312-2           User: admin              Page 2 of 2            Date Rcvd: Apr 18, 2019
                               Form ID: 148             Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Melissa S DiCerbo    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited Liability Company nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
          Nicholas V. Rogers    on behalf of Creditor    CITIMORTGAGE, INC. nj.bkecf@fedphe.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                           TOTAL: 9